# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CORY O. BLACK,

       Petitioner,     :    Case No. 3:17-cv-407

- vs -                         District Judge Walter H. Rice
                                   Magistrate Judge Michael R. Merz

MONTGOMERY COUNTY COURT
OF COMMON PLEAS, et al ,

                                   :

       Respondents.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 9) to the Magistrate Judge's Report and Recommendations (ECF No. 8).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

January 22, 2018.

                                                                Walter H. Rice
                                                        United States District Judge

1